IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

W.J. DEUTSCH & SONS, LTD.,

    Plaintiff and counterdefendant,    CIV. NO. S- 09-0348 FCD GGH

vs.

RENWOOD GROUP, INC.,

    Defendant and counterclaimant.    ORDER

_____/

        Plaintiff's motion to compel and for sanctions presently is calendared for hearing on October 15, 2009. The discovery cutoff having passed, this court has no authority to hear plaintiff's motion to compel absent a modification of the scheduling order. The court will, however, address plaintiff's motion for sanctions which is not precluded by the scheduling order. At the hearing, the court will address proposed sanctions for defendant's alleged discovery violations, including potential preclusion of testimony at trial for the failure to appear at deposition.

        Accordingly, IT IS ORDERED that the October 15, 2009 hearing on plaintiff's motion to compel will proceed on the motion for sanctions only.

DATED: October 7, 2009

                /s/ Gregory G. Hollows
                _____
                U. S. MAGISTRATE JUDGE

GGH:076:Deutsch0348.ord.wpd